# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARK WILLIAM CUTLER,
Petitioner,

vs.

THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS;
CASA GRANDE TRANSITIONAL
HOUSING; LT. SCALEY; AND CCSII
RODNEY KEITH,
Respondents.

No. 69110

**FILED**

FEB 0 2 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING PETITION*

Cause appearing, petitioner's motion for voluntary dismissal of this petition is granted. This petition is dismissed.[1]

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:  Mark William Cutler
     Attorney General/Carson City

---

[1]In light of this order, petitioner's motion to proceed in forma pauperis is denied as moot.

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

16-03545